CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 6 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:06CR10056 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | By: Hon. Glen E. Conrad |
| PATRICK BERNARD HARVEY | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion to suppress is **DENIED**.

The Clerk is directed to send certified copies of this order and the attached memorandum opinion to all counsel of record.

ENTER: This 6th day of March, 2007.

/s/ Glen E. Conrad
United States District Judge